Robert J. Tod, Respondent, v. Ernest L. Simpson and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion.

Settle order on notice.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.